IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Criminal Action No. 95-cr-00318-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON C. GIANETTA

    Defendant.

---

### ORDER DENYING MOTION FOR REDUCTION OF SENTENCE OR MODIFICATION OF SENTENCE

---

Jason C. Gianetta is currently serving a 262-month prison sentence for armed robbery at the U.S. Bureau of Prisons' Federal Medical Center in Butner, North Carolina ("FMC Butner"). Gianetta has moved this Court to reduce or modify his sentence, stating that he is past the age of 65, has served more than 75 percent of his sentence, and has suffered an abundance of cruel and unusual punishment while at FMC Butner. [*See* Doc. 121.] This Court is without jurisdiction to reduce Gianetta's sentence for those reasons. It is therefore

ORDERED that Jason Gianetta's Motion for Reduction of Sentence or Modification of Sentence is denied.

Dated: February 3, 2014

                                        BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch
                                      Senior District Judge