IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 95-cr-00318-RPM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JASON CLAUDE GIANETTA,
a/k/a Abel John Garcia,

        Defendant.

---

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER comes before the Court upon report of the probation officer concerning defendant's compliance with the terms and conditions of his supervision. On July 20, 2015, following a compliance review hearing, the Court found the defendant to be in need of mental health treatment.  Accordingly, it is

ORDERED that the defendant's terms and conditions of supervised release be modified to include the following additional special condition:

The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  It is

FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

DATED at Denver, Colorado, this 24th day of July, 2015.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        RICHARD P. MATSCH
        Senior District Judge