IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 95-cr-00318-RPM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON CLAUDE GIANETTA,
a/k/a Abel John Garcia

    Defendant.

---

### ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION

---

THIS MATTER comes before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

HAVING considered the probation officer's request for drug testing at the compliance review hearing held on September 4, 2015, the Court:

ORDERS the defendant's terms of supervision be modified to include the following special condition:

1. The defendant shall submit to drug testing at the U.S. Probation Office, as directed by the probation officer.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

DATED at Denver, Colorado, this __4th__ day of September, 2015.

                              BY THE COURT:

                              Richard P. Matsch
                              Senior United States District Judge