IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 95-cr-00318-RPM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JASON CLAUDE GIANETTA,
a/k/a Abel John Garcia

        Defendant.

---

**ORDER CONTINUING SUPERVISED RELEASE AND
MODIFYING THE CONDITIONS OF SUPERVISED RELEASE**

---

      THIS MATTER was before the Court for a supervised release violation hearing on November 13, 2015, upon report of the probation officer that the defendant has violated the terms and conditions of his supervision.  The defendant admits to violation 2, as alleged in the probation officer's petition.  Accordingly, it is

      ORDERED that the defendant's term of supervised release be continued and that the special conditions be modified to include the following:

      The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  This condition further requires the defendant to participate in case management services, therapeutic services including group and/or individual counseling, medication management and associated community stability resources as deemed applicable.

      The defendant shall work regularly at a lawful occupation and provide documentation of income of said employment to the probation officer.  All employment for the defendant shall be approved in advance by the supervising probation officer.  Said approval shall be made considering the type of employment proposed and the defendant's disclosure of potential third party risk factors to the employer.

The defendant shall secure housing and follow-up on referrals afforded by the probation officer and outside agencies. The defendant shall actively pursue and participate in housing services offered by the Mental Health Center of Denver, Senior Support Center and the Colorado Coalition for the Homeless or other community resource agencies, as directed by the probation officer.

FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect. The defendant's final sentencing hearing is set for May 13, 2016, at 2:00 p.m.

DATED at Denver, Colorado, this 16th day of November, 2015.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior United States District Judge